IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-00673-WDM-KMT

LLH OPERATIONS LLLP, et al.,

    Plaintiffs,

v.

SAMSON RESOURCES COMPANY, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion for leave to file surreply is granted.

Dated:  May 14, 2009

                                                s/ Jane Trexler, Judicial Assistant