IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00673-WDM-KMT

LLH OPERATIONS, LLLP, and
THE ESTATE OF MARY B. FASSETT,
individually and as representative plaintiffs on behalf of persons similarly situated,

    Plaintiffs,

v.

SAMSON RESOURCES COMPANY, an Oklahoma corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs' Unopposed Motion for Amendment of the First Scheduling Order" (#38, filed July 17, 2009) is GRANTED. The deadlines with respect to depositions, interrogatories and requests for production of documents in paragraphs 8.e., 8.f. and 8.g. of the Scheduling Order (#31) shall be amended to January 1, 2010, rather than November 21, 2009, in accordance with the dates set at the June 23, 2009 Scheduling Conference.

Dated: July 21, 2009