IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-00673-WDM-KMT

LLH OPERATIONS LLP, et al.,

    Plaintiffs,

v.

SAMSON RESOURCES COMPANY, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Upon notification that there is a pending class action settlement, the pending motions (docs. 33 & 41) are denied without prejudice.

Dated:  November 12, 2009

                                      s/ Jane Trexler, Judicial Assistant