IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-000673-WDM-KMT

LLH OPERATIONS LLLP, et al.,

        Plaintiffs,

v.

SAMSON RESOURCES COMPANY,

        Defendant.

## STIPULATION AND ORDER AMENDING
## NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

This matter is before me on the stipulation of the parties for an order amending the Notice of Class Action and Proposed Settlement ("the Notice"), Doc. 78-2, prior to its mailing to the plaintiff class. The parties have agreed and stipulated that the Notice should be amended, at pages 3 and 8, to state the starting time of the Fairness Hearing on May 20, 2010, which is 9:00 a.m. The parties have also agreed and stipulated that certain errors in counsel's addresses appearing in the Notice, be corrected to accurately set forth their current mailing addresses, by deleting the reference to "125 N. Market" regarding Mr. Seely on page 9 of the Notice and leaving only the correct post office box address, and by substituting "101 W. 11th Street" in place of "1099 Main Ave." regarding Mr. Miller on page 10 of the Notice.

The stipulations of the parties are hereby approved. The Notice of Class Action and Proposed Settlement shall be amended accordingly. IT IS SO ORDERED.

DATED this 26th day of March, 2010.

                                                                              THE HONORABLE WALKER D. MILLER
                                                                              SENIOR U.S. DISTRICT JUDGE

Stipulated and approved:

By  /s/ **David G. Seely**
    David G. Seely
    Thomas D. Kitch
    Gregory J. Stucky
    David G. Seely
FLEESON, GOOING, COULSON & KITCH, L.L.C.
1900 EPIC Center - 301 N. Main
Wichita, Kansas 67202
(316) 267-7361
Email: tkitch@fleeson.com
    gstucky@fleeson.com
    dseely@fleeson.com

    –and–

G. R. Miller,  No. 8406
MILLER, AGRO & ROBBINS, LLC
101 W. 11th St. #112
Durango, CO  81301
(970) 247-1113
Email: miller@marattys.com
    *Attorneys for Plaintiffs*


By  /s/ **John R. Cooney**
    John R. Cooney
    Charles A. Armgardt
MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.
P.O. Box 2168
Albuquerque, New Mexico   87103-2168
Email: jrc@modrall.com
    ca@modrall.com

    –and–

Thomas P. Dugan
DUGAN & ASSOCIATES, P.C.
900 Main Avenue, Suite A
Durango, Colorado   81301
Email: tpdugan@duganlaw.com
    *Attorneys for Defendant*