IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | May 20, 2010 |
| Court Reporter: Kara Spitler | |

Civil Action No. 09-cv-00673-WDM-KMT

| Parties: | Counsel: |
|---|---|
| LLH OPERATIONS LLLP and the ESTATE OF MARY B. FASSETT, Individually and as representative Plaintiffs on behalf of persons similarly situated, | David Seely Greg Stuckey George Miller Tom Kitch |
| Plaintiffs, | |
| v. | |
| SAMSON RESOURCES COMPANY, an Oklahoma corporation, | Tom Dugan Charles Armgardt John Cooney |
| Defendant. | |

## COURTROOM MINUTES

Motions Hearing (Fairness Hearing)

**9:03 a.m.     Court in session.**

Court calls case. Appearances of counsel. Also present, Alton Hess and Harry Fassett, plaintiffs, and Michael Daniel, defendant.

Court's preliminary statement.

Plaintiff counsel advises the Court regarding previously tendered exhibit and proposed orders. The Court advises counsel that these documents should be filed electronically.

**ORDERED:  Motion For Order Stating Defendant Complied With The Settlement Notice Provisions Contained IN 28 U.S.C. § 1715(b) [Filed 4/22/10; Doc. No. 87) is GRANTED.**

9:08 a.m.     Argument by Mr. Seely.

| | |
|---|---|
| 9:11 a.m. | Plaintiffs witness, Tom D. Kitch, called and sworn. Direct examination begins by Mr. Seely. |
| 9:51 a.m. | Comments by Mr. Cooney. |
| 9:52 a.m. | Questions by the Court. |
| 9:58 a.m. | Witness excused. |
| 9:59 a.m. | Plaintiffs witness, George Robert Miller, called and sworn. Direct examination begins by Mr. Seely. |
| 10:03 a.m. | Witness excused. |
| 10:04 a.m. | Plaintiffs witness, Alton Hess, called and sworn. Direct examination begins by Mr. Seely. |
| 10:06 a.m. | Witness excused. |
| 10:07 a.m. | Plaintiffs witness, Harry Fassett, called and sworn. Direct examination begins by Mr. Seely. |
| 10:09 a.m. | Witness excused. |
| 10:10 a.m. | Argument presented by Mr. Cooney. Questions by the Court. |
| 10:14 a.m. | Further argument by Mr. Seely. |
| 10:16 a.m. | Comments and rulings by the Court. |

**ORDERED: Motion For Allowance of Reasonable Attorneys' Fees And Expenses (Filed 4/29/10; Doc. No. 90) is taken UNDER ADVISEMENT.**

**10:18 a.m.   Court in recess.**
Hearing concluded.
Time:  01:15